UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JESUS VELASQUEZ

                Plaintiff,

v.                                                                                            Civ. Action No. 08-53 (KSH)

ESSEX COUNTY PROSECUTOR OFFICE,
NEW JERSEY DEPARTMENT OF
CORRECTION, DAWN MILLER, CHARLES
BARONE, CHRISTINE DEANGELIS,
STEPHEN PENN, CAROLYN MADISON,
ERNEST LEE, JERRY SPEZIAL, and
CHRYSTAL MORTON,

                Defendants.                                        **ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

      This matter having come before the Court by way of four motions to dismiss by defendants (1) Dawn Miller [D.E. 68]; (2) Charles Barone and Christine DeAngelis [D.E. 84]; (3) Stephen Penn, Carolyn Madison, and Chrystal Morton [D.E. 82]; and (4) Ernest Lee [D.E. 87]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

      **IT IS** on this 21st day of December, 2010,

      **ORDERED** that the defendants' motions to dismiss [D.E. 68, 82, 84, 87] are **denied** with the expectation that dispositive motion practice will be renewed after discovery.

                                                                         /s/ Katharine S. Hayden

December 21, 2010                                          Katharine S. Hayden, USDJ